IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | | **CRIMINAL CASE NO.:** |
| v. | : | |
| | : | 1:18-cr-00036-ELR-JSA |
| **TIMOTHY LAMAR THOMAS,** | | |
| **Defendant.** | : | |

### REPORT AND RECOMMENDATION

Pending before the Court are the defendant's Motion to Suppress, [14]; Motions to Dismiss for Speedy Trial [17]; Enhanced Penalty Under 924(e), [18]; and Indictment for Double Jeopardy, [19]. A briefing schedule was set on those motions; however, the defendant did not file any brief as ordered. Counsel for the defendant informed the Court that the defendant is no longer pursuing those motions.

Accordingly, the Court recommends that the motions be **DENIED**.

### CONCLUSION

The Court **RECOMMENDS** that Defendant's Motion to Suppress [14] and Motions to Dismiss, [17], [18] and [19], all be **DENIED**.

This matter is **READY FOR TRIAL**.

IT IS SO **RECOMMENDED** this 12th day of November, 2019.

                                         **JUSTIN S. ANAND**
                                         **UNITED STATES MAGISTRATE JUDGE**