IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | 01:18-CR-00036-ELR-JSA |
| | * | |
| TIMOTHY LAMAR THOMAS | * | |
| | * | |
| | * | |
| | * | |

**O R D E R**

This matter is before the Court for consideration of the Report and Recommendation ("R&R") of Magistrate Judge Justin S. Anand. [Doc. 41.] Judge Anand recommends that Defendant's motion to suppress [Doc. 14], motion to dismiss for speedy trial violation [17], motion to dismiss [18] and motion to dismiss [19] be denied. After conducting a careful and complete review of a magistrate judge's findings and recommendations, a district court judge may accept, reject, or modify a magistrate judge's R&R. 28 U.S.C. § 636(b)(1) (C); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982). No objections to the magistrate judge's R&R have been filed, and therefore, the Court has reviewed the R&R for plain error. See United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983). The Court finds no error.

Accordingly the Court **ADOPTS** the R&R [Doc. 41] as the opinion of this Court. For the reasons stated in the R&R, the Court **DENIES** Defendant's motion to suppress [Doc. 14], motion to dismiss for speedy trial violation [17], motion to dismiss [18] and motion to dismiss [19].

**SO ORDERED**, this 17th day of December, 2019.

Eleanor L. Ross
United States District Judge
Northern District of Georgia